

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Nordgren

**Plaintiff,**

V.

Home Depot U.S.A., Inc. et al

**Defendant.**

FILED

5/19/2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: S. Tweedle , Deputy

Civil No. 15-cv-00653-L-MDD

**STRICKEN DOCUMENT:**

**Per Order #    8**

7