UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON**

CASE NO.: 15-cv-00653-L-MDD         CASE TITLE: *Nordgren v. Home Depot U.S.A., Inc. et al*
E-FILED DATE: 5/20/2015              DOCKET NO.: 9
DOCUMENT TITLE: Joint Motion to Dismiss
DOCUMENT FILED BY: Randi Nordgren

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| X | | |
|   | OTHER: | Duplicate document. Defendant Cream & Sugar, Inc. has already filed an Answer. |
|   | ECF § 2(a)(g) | Docket entry does not accurately reflect the document(s) filed. Document is a Joint Motion |
| X | ECF § 2(f)(4) | Joint Motion missing Signature Certification; **see Chambers Rules** |
|   | ECF § 2(k) | Exhibits not filed as separate attachments |
|   | Civ. L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document for Motion to Remand |
|   | Civ. L. Rule 5.1 | Document text sub-14-point font |
|   | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
|   | Civ. L Rule 5.2 and ECF § 2(d) | Missing proof of service |

**IT IS HEREBY ORDERED**:

| | |
|---|---|
|   | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| X | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED: May 21, 2015

_____
M. James Lorenz
United States District Court Judge